| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **DAVID PAUL DANIELS, P.C.**<br>**Tamika N. Wyche, Esquire**<br>**3300 FEDERAL STREET**<br>**CAMDEN, NEW JERSEY 08105**<br>**(856) 338-0411**<br>TW 006502006 | Order Filed on November 17, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re: ROBIN TOOMER | Case No.: 16-10033-ABA<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: HON. ANDREW B. ALTENBURG |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: November 17, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: ROBIN TOOMER

Case No: 16-10033-ABA

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

_____

Upon consideration of Tamika N. Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

Ordered that TAMIKA N. WYCHE, ESQUIRE, the applicant, is allowed a fee of $600.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

  __X__      through the Chapter 13 Plan as an administrative priority.

  _____      outside the plan.

The debtor's monthly plan is modified to a payment of $237.00 per month for the remaining 14 months to allow for payment of the aforesaid fee, beginning, December 1, 2017.

United States Bankruptcy Court
District of New Jersey

In re:
Robin R. Toomer
    Debtor

Case No. 16-10033-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Nov 17, 2017
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2017.
db        Robin R. Toomer,    201 Blackwood Clementon Rd,    # 1802,    Lindenwold, NJ  08021-6848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation nj_ecf_notices@buckleymadole.com
        Francesca Ann Arcure    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION nj_ecf_notices@buckleymadole.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Tamika Nicole Wyche    on behalf of Debtor Robin R. Toomer dpdlawyer@comcast.net, G30609@notify.cincompass.com
                                                                                                             TOTAL: 6