Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  16−10033−ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robin R. Toomer
   201 Blackwood Clementon Rd
   # 1802
   Lindenwold, NJ 08021−6848

Social Security No.:
   xxx−xx−2968

Employer's Tax I.D. No.:

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 10, 2019</u>                <u>Andrew B. Altenburg Jr.</u>
                                         Judge, United States Bankruptcy Court